UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NOEL D.E. DANDY

     v.                              C.A.  10-288ML

UNITED STATES OF AMERICA, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge

David L. Martin dated July 26, 2010 in the above-captioned matter is accepted

pursuant to Title 28 United States Code § 636(b)(1).   The Plaintiff's Motion to

proceed in forma pauperis is denied and the Complaint is dismissed  pursuant to 28

U.S.C. § 1915(e)(2)(B)(ii).

BY ORDER:

_Mary M. Lisi_

Mary M. Lisi
Chief U.S. District Judge
August 16 , 2010